# ELECTRONIC RECORD

COA #  02-13-00391-CR                OFFENSE:  19.02

STYLE:  Austin Crawford v. The State of Texas        COUNTY:  Tarrant

COA DISPOSITION:    AFFIRMED        TRIAL COURT:  Criminal District Court No. 4

DATE: 11/13/14            Publish: NO   TC CASE #:    1265884D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Austin Crawford v. The State of Texas        CCA #:  1598-14

_____APPELLANT'S_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____        JUDGE: _____

DATE: ____03/04/2015____        SIGNED: _____    PC: _____

JUDGE: ____Per Curiam____        PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD